**No. 47468.**—Protests 56288–K, etc., of Geo. Borgfeldt Corp. et al. (Philadelphia, etc.).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47469.**—Protests 79768–K, etc., of Geo. Borgfeldt Corp. et al. (New York).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47470.**—Protests 647088–G, etc., of W. R. Zanes & Co. et al. (Galveston, etc.).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47471.**—Protests 823744–G, etc., of Atlantic Coast Fisheries, Inc., et al. (New York).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47472.**—Protests 847251–G, etc., of Ampol, Inc., et al. (New York).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47473.**—Protests 965453–G/88194, etc., of Alex Ruatta et al. (Chicago, etc.).

Opinion by Oliver, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.